UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 21-01201-JWH(SPx) | Date | December 20, 2022 |
| Title | *Nike, Inc. v. Customs by Ilene, Inc.* | | |

Present: The Honorable **JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE**

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):

None Present      None Present

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR AT DECEMBER 20, 2022, SCHEDULING CONFERENCE

On December 12, 2022, the Court entered a Scheduling Notice and Order setting a Scheduling Conference [ECF No. 67]. That Order set the Scheduling Conference for December 20, 2022, at 11:00 a.m. by video conference. On December 20, 2022, Erik M. Mclain—counsel for Defendant Dripz Inc.—did not appear in court. Accordingly, the Court **ORDERS** Mr. Mclain to show cause why he should not be sanctioned in the amount of $500 for his failure to appear at the Court-ordered hearing.

Mr. Mclain is **DIRECTED** to respond to this Order to Show Cause, in writing, on or before January 6, 2023. His failure to respond, or an unsatisfactory response, may result in the imposition of additional sanctions.

The Court **SETS** a hearing on this Order to Show Cause for January 20, 2023, at 9:00 a.m.

**IT IS SO ORDERED.**