# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nike, Inc.<br><br>Plaintiff(s)<br><br>v.<br><br>Customs by Ilenes, Inc., d/b/a Drip Creationz<br><br>Defendant(s) | **CASE NUMBER**<br><br>21-cv-01201-JWH-SP<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

**Defendant Brian Porter** — *Name of Party*   ☐ Plaintiff  ☒ Defendant  ☐ Other

to substitute **Alexander M. Kargher of Sinclair Braun Kargher LLP** who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

**15260 Ventura Boulevard, Suite 715**
*Street Address*

**Sherman Oaks, CA 91403** — *City, State, Zip*        **akargher@sinclairbraun.com** — *E-Mail Address*

**213.429.6100** — *Telephone Number*        *Fax Number*        **259262** — *State Bar Number*

as attorney of record instead of **Andrew S. Hollins of Messner Reeves LLP**
*List all attorneys from same firm or agency who are withdrawing.*

is hereby    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated **March 29, 2023**

*U. S. District Judge, John W. Holcomb*