# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nike, Inc.<br>Plaintiff(s)<br>v.<br>Customs by Ilenes, Inc., d/b/a Drip Creationz<br>Defendant(s) | **CASE NUMBER**<br>21-cv-01201-JWH-SP<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

**Defendant Raymond Quiroz**  ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  **Alexander M. Kargher of Sinclair Braun Kargher LLP**  who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

**15260 Ventura Boulevard, Suite 715**
*Street Address*

**Sherman Oaks, CA 91403**    **akargher@sinclairbraun.com**
*City, State, Zip*    *E-Mail Address*

**213.429.6100**        **259262**
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record instead of  **Andrew S. Hollins of Messner Reeves LLP**
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  **March 29, 2023**

*/s/ J.W. Holcomb*
U. S. District Judge, John W. Holcomb