# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKE, INC., | Case No. No. 5:21-cv-01201-JWH-SP |
| Plaintiff, | |
| v. | **ORDER GRANTING JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANT DRIPZ, INC.** |
| CUSTOMS BY ILENE, INC., et al., | |
| Defendants. | |

**CONSENT JUDGMENT AND PERMANENT INJUNCTION**

The Court, being advised that Plaintiff Nike, Inc. ("Nike") and Defendant Dripz, Inc. ("Dripz") stipulate and agree to the entry of a final and enforceable judgment regarding Nike's claims against Dripz, enters this Order as a final and enforceable judgment in the matter as to those claims.

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Dripz stipulates, agrees, and acknowledges that Nike is the exclusive owner of the following registered trademarks and all related common law rights: U.S. Trademark Registration Nos. 5,820,374; 3,451,904; and 3,451,905 (collectively, the "Asserted Marks," examples of which are shown below).


**Asserted Marks**

2. Dripz stipulates, agrees, and acknowledges that the Asserted Marks are valid and enforceable.

3. Dripz stipulates, agrees, and acknowledges that Customs By Ilene Inc. ("Customs By Ilene") provided Dripz with sneakers bearing designs that infringe the Asserted Marks (the "Customs By Ilene Products"). Examples of the Customs By Ilene Products are shown below.

| Examples of the Customs By Ilene Products ||
|---|---|
| (white sneaker with butterflies) | (plain white sneaker) |
| (white sneaker with black heart/eyes design) | (white sneaker with cow-print panel) |
| (gray/tan sneaker) | (white sneaker with red roses) |
| (white sneaker with rose and stars) | (white sneakers with floral print) |

2
CONSENT JUDGMENT AND PERMANENT INJUNCTION



| Examples of the Customs By Ilene Products |
|---|

4. Judgment is entered for Nike and against Dripz.

5. Dripz, and its affiliates, officers, agents, employees, attorneys, and all other persons acting in concert with Dripz, are hereby permanently enjoined from:

    a. manufacturing, transporting, promoting, importing, advertising, publicizing, distributing, offering for sale, or selling the Customs By Ilene Products and/or colorable imitations thereof;

    b. implying Nike's approval, endorsement, or sponsorship of, or affiliation or connection with, Dripz' products, services, or commercial activities, passing off Dripz' business as that of Nike, or engaging in any act or series of acts which, either alone or in combination, constitutes unfair methods of competition with Nike and from otherwise interfering with or injuring the Asserted Marks or the goodwill associated therewith;

   c. engaging in any act relating to the Customs By Ilene Products and/or colorable imitations thereof which is likely to dilute the distinctive quality of the Asserted Marks and/or injures Nike's business reputation;

   d. representing or implying that Dripz is in any way sponsored by, affiliated with, or licensed by Nike; and

   e. knowingly assisting, inducing, aiding, or abetting any other person or business entity in engaging in or performing any of the activities prohibited in subparagraphs (a) through (d) above.

  6. This Order terminates all claims asserted by Nike against Dripz in this action.

  7. This Court shall retain jurisdiction over the parties to the extent necessary to enforce the terms of this Order and the injunctive relief provided herein.

  **IT IS SO ORDERED.**

  SIGNED AND ENTERED this 28th day of April, 2023.

_____
United States District Judge