UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

Case No.   5:21-cv-01201-JWH-SP                    Date   October 25, 2023

Title   *Nike, Inc. v. Customs by Ilene, Inc.*

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER TO SHOW CAUSE RE DISMISSAL**

The Court issues this Order to Show Cause re Dismissal in view of the facts that the only remaining defendant, Ilene Arellano, has filed a bankruptcy petition and that the claims of Plaintiff Nike, Inc. against Arellano are therefore subject to the automatic stay imposed by 11 U.S.C. § 362(a)(1).

Nike commenced this trademark infringement lawsuit against Arellano and others (since terminated)[1] in July 2021.[2] Arellano filed a Chapter 7 bankruptcy petition on or about July 18, 2023.[3] Accordingly, the "continuation . . . of a judicial . . . action or proceeding against the debtor that was . . . commenced before the commencement of the [bankruptcy case]," including this case, is automatically stayed.  11 U.S. Code § 362(a)(1).  The parties acknowledged this stay in the Proposed Consent Judgment and Permanent Injunction attached to their Motion to

---

[1]   *See generally* Consent J. and Permanent Inj. as to Defs. Customs by Ilene, Inc. d/b/a Drip Creationz, Raymond Quiroz, and Brian Porter (the "Consent Judgment") [ECF No. 122].
[2]   *See generally* Compl. [ECF No. 2].
[3]   *See generally* Voluntary Petition for Individuals Filing for Bankruptcy [ECF No. 1], *In re Ilene Arellano*, Case No. 6:23-bk-13155-SY (Bankr. C.D. Cal.).

Approve Consent Judgment as to the other parties,[4] and the Court acknowledged the stay in its Consent Judgment.[5]

In view of the automatic stay of Nike's claims against Arellano, and the resolution of Nike's claims against all of the other Defendants, the Court hereby **ORDERS** as follows:

    1.    Nike and Arellano are each **DIRECTED** to file on or before December 1, 2023, a written response to this OSC explaining why this Court should or should not dismiss Nike's claims against Arellano, without prejudice, so that Nike may pursue those claims against Arellano, if at all, in Arellano's bankruptcy case.

    2.    A hearing on this OSC is **SET** for December 15, 2023, at 11:00 a.m.

**IT IS SO ORDERED.**

---

[4]    *See* Proposed Consent J. and Permanent Inj. [ECF No. 121-1] 8:10-12.

[5]    *See* Consent Judgment ¶ 5.