AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the Central District of California___ on the following

☑ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>5:21-cv-01201 | DATE FILED<br>7/19/2021 | U.S. DISTRICT COURT<br>for the Central District of California |
|---|---|---|
| PLAINTIFF<br><br>Nike, Inc. | | DEFENDANT<br><br>Customs By Ilene, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | See Attachment A | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☑ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| CONSENT JUDGMENT |

| CLERK<br>KIRY K. GRAY, Clerk of Court | (BY) DEPUTY CLERK<br>Yvette Louis | DATE<br>12/12/2023 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

# ATTACHMENT A

## REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. 977,190 | 1/22/1974 | Nike, Inc. |
| 2. 1,200,529 | 7/6/1982 | Nike, Inc. |
| 3. 1,238,853 | 5/17/1983 | Nike, Inc. |
| 4. 1,284,385 | 7/3/1984 | Nike, Inc. |
| 5. 1,323,342 | 3/5/1985 | Nike, Inc. |
| 6. 1,323,343 | 3/5/1985 | Nike, Inc. |
| 7. 1,325,938 | 3/19/1985 | Nike, Inc. |
| 8. 1,990,180 | 7/30/1996 | Nike, Inc. |
| 9. 2,164,810 | 7/9/1998 | Nike, Inc. |
| 10. 3,451,904 | 6/24/2008 | Nike, Inc. |
| 11. 3,451,905 | 6/24/1998 | Nike, Inc. |
| 12. 4,902,368 | 2/16/2016 | Nike, Inc. |
| 13. 5,820,374 | 7/30/2019 | Nike, Inc. |